IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION

PAUL EVANS

VS.                                                          CIVIL ACTION NO. 2:11cv7-KS-MTP

BRENDA SIMS, ET AL

### ORDER ADOPTING REPORT AND RECOMMENDATION

This cause is before the Court on Motion for Temporary Restraining Order [32] filed by Plaintiff herein, Response thereto by Defendants [34], and Report and Recommendation filed by U.S. Magistrate Judge Michael T. Parker [35]. The Court has reviewed the above documents and notes that the Plaintiff has filed no objection to the Report and Recommendation. The Court finds that the Report and Recommendation is an accurate statement of the facts and analysis of the law. The Court further finds that the Movant, Paul Evans, has failed to make out a *prima facie* case for a temporary restraining order or preliminary injunction. Specifically, he has failed to demonstrate a substantial likelihood of success on the merits and has failed to make a clear showing of irreparable harm.

IT IS THEREFORE ORDERED that the Report and Recommendation be, and the same hereby is, adopted as the finding of this Court, and the Motion for Temporary Restraining Order is hereby **denied**.

SO ORDERED on this, the 19th day of April, 2012.

*s/Keith Starrett*
UNITED STATES DISTRICT JUDGE